UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------    *
In re:                                              :
                                                    :    BK No. 04-44249
        KomTek, Inc.                                :    Chapter 7
                                                    :
        Debtor(s)                                   :
------------------------------------------------    *


APPLICATION TO RECONSIDER
PETITION FOR PAYMENT OF UNCLAIMED FUNDS


Original Creditor: E.V.L. Tool & Mold Co., Inc.
Amount Unclaimed: $2,353.56


1. The Petition for Payment of Unclaimed Funds previously submitted on April 22, 2009 (Docket 531) was denied because 'petitioner failed to appear' at the scheduled Hearing held on June 10, 2009.

2. Pursuant to the docket report for the above captioned case, Notice of said Hearing was mailed on May 18, 2009 (Dockets 532 and 533). However, Dilks & Knopik, LLC ('Petitioner') never received this Notice. It is unknown why Dilks & Knopik never received the Notice; perhaps it was lost in the mail. In any event, Dilks & Knopik was unaware that a Hearing had been scheduled and, therefore, did not attend. In no way was the failed appearance deliberate.

3. I pray the Court will understand the reason the representative(s) of Dilks & Knopik failed to attend the scheduled Hearing and will reconsider the Petition for Payment of Unclaimed Funds that was filed on April 22, 2009 (Docket 531).

4. Should another Hearing be scheduled it is asked the Court notify Dilks & Knopik either by mail, fax or email at the addresses indicated below.

5. Due to geographical location of Dilks & Knopik it is further asked that I may attend any future scheduled Hearings telephonically.



7/23/2009 DENIED AS UNTIMELY.